DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

S. F. McCOTTER & SONS v.
  AMERICAN GUARANTY INS. CO.

No. 30A91

Case below: 101 N.C.App. 243

Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to additional issues allowed 7 March 1991.

SHAFFNER v. WESTINGHOUSE ELECTRIC CORP.

No. 53P91

Case below: 101 N.C.App. 213

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 March 1991.

SHINE v. GALBAUGH

No. 31P91

Case below: 101 N.C.App. 243

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 March 1991.

SPOON v. GRAHAM

No. 106P91

Case below: 101 N.C.App. 575

Petition by defendant for writ of supersedeas and temporary stay denied 1 March 1991. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 1 March 1991.

STATE v. ALFORD

No. 5P91

Case below: 100 N.C.App. 757

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 March 1991.